■ Francis Pigno, an Infant, by His Guardian ad Litem, Vincent Pigno, Respondent, v Louis Bunim et al., Defendants, and Israel L. Schmierer, Defendant and Third-Party Plaintiff-Respondent. Estate of Samuel Pennell, Third-Party Defendant-Respondent, et al., Third-Party Defendant; Estate of Bernard K. Sherman, Third-Party Defendant and Second Third-Party Plaintiff-Respondent; Maimonides Hospital, Third-Party Defendant and Second Third-Party Defendant-Appellant.—Order of the Supreme Court, Kings County, dated April 2, 1984, affirmed, with one bill of costs to respondents appearing separately and filing separate briefs, for the reasons stated by Justice Clemente at Special Term. O'Connor, J. P., Rubin, Eiber and Kunzeman, JJ., concur.